UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KWAME RAOUL, Attorney General of the State of Illinois, <br><br> *Defendants*. | No. 3:23-cv-2791 |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Rule of Civil Procedure 7.1 and in accordance with the Court's form Disclosure Statement, Plaintiff, National Shooting Sports Foundation, Inc., makes the following disclosure:

1. National Shooting Sports Foundation, Inc. is a corporation. It has no parent corporation and no publicly held corporation owns 10% or more of its stock.

2. Jurisdiction in this action is not based on diversity under 28 U.S.C. §1332(a).

Dated: August 15, 2023.

Respectfully submitted,

| | |
|---|---|
| */s/ Gary P. Pinter* <br> GARY P. PINTER <br> SWANSON, MARTIN & BELL, LLP <br> 103 W. Vandalia Street <br> Suite 215 <br> Edwardsville, IL 62025 | PAUL D. CLEMENT[*] <br> ERIN E. MURPHY[*] <br> MATTHEW D. ROWEN[*] <br> MARIEL BROOKINS[*] <br> CLEMENT & MURPHY, PLLC <br> 706 Duke Street <br> Alexandria, VA 22314 <br> (202) 742-8900 <br><br> [*] application for *pro hac vice* forthcoming |

*Counsel for Plaintiff*

August 15, 2023