IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> KWAME RAOUL, Attorney General of the State of Illinois <br><br> Defendant. | Case No. 23-cv-02791-SPM |

# ORDER

**McGlynn, District Judge:**

Pending before the Court is a Motion for Reconsideration filed by Defendant Kwame Raoul, ("Raoul"), Attorney General of the State of Illinois (Doc. 13). Within the motion, Raoul seeks reconsideration of the Clerk of the Court's application of Administrative Order No. 339 (Id.).

This Court has reviewed the pleadings and notes that the issues raised in the Complaint do not so clearly fall within the ambit of AO 339 as to mandate an automatic assignment of judge. Accordingly, the motion is **GRANTED** and this matter is transferred back to Magistrate Judge Mark Beatty for further proceedings.

As set forth in Administrative Order No. 347, each party will be required to file a Notice and Consent to Proceed Before a Magistrate Judge Jurisdiction form indicating consent or non-consent to the jurisdiction of the assigned Magistrate Judge. If any party does not consent to the Magistrate Judge's jurisdiction, the case will be randomly assigned to a district judge for all further proceedings and the parties cannot later

consent to reassignment of the case to a magistrate judge. The parties are further advised that they are free to withhold consent without adverse substantive consequences. Within 21 days of this Order, the parties must file the form indicating consent to proceed before the assigned Magistrate Judge or an affirmative declination to consent. All future documents must bear case number 23-2791-MAB. Refer to Civil/Removal Case Processing Requirements, found on the ILSD website, for further service information.

**IT IS SO ORDERED.**

**DATED: <u>August 23, 2023</u>**

<u>/s/ Stephen P. McGlynn</u>
**STEPHEN P. McGLYNN**
**U.S. District Judge**